## **Memo in Support Exhibits Index**

| Exhibit No. | Exhibit Description |
|---|---|
| A | Declaration of Steven Vairma |
| B | Declaration of John McPherson |
| C | Declaration of Al Hernandez |
| D | Declaration of Brad Davis |
| E | Declaration of Dennie Cooke |
| F | Declaration of Pat Nugent |
| G | Declaration of Russell Lee |