# Exhibits Index
# Request for Judicial Notice

| Exhibit No. | Exhibit Description |
|---|---|
| 1 | Central States Pension Plan Application for Benefit Suspension, filed with the U.S. Department of the Treasury on September 25, 2015 |
| 2 | February 2, 2016 Report of David H. Coar, Independent Special Counsel, to the Honorable Milton I. Shadur |
| 3 | March 8, 2015 Report of David H. Coar, Independent Special Counsel, to the Honorable Milton I. Shadur |
| 4 | "About the Fund" |
| 5 | Central States, Southeast and Southwest Areas Pension Fund Trust Agreement |
| 6 | Letter from Thomas C. Nyhan submitted to the U.S. Department of the Treasury on March 1, 2016 |
| 7 | Letter from James P. Hoffa to the Honorable Jacob J. Lew, submitted to the U.S. Department of the Treasury on December 7, 2015 |
| 8 | United States Government Accountability Office, Testimony Before the Subcommittee on Health, Employment, Labor and Pensions, Committee on Education and the Workforce, House of Representatives, March 5, 2013 |
| 9 | April 15, 2016 Letter to Jacob Lew from members of the U.S. Senate |