# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DORIS CAMPBELL; TIMOTHY CAMPBELL; DARRELL CHILDRESS; DENNIE COOKE; JOE HIGHFIELD; RUSSELL LEE; WAYNE MOORE; BRAD DAVIS; AL HERNANDEZ; PAT NUGENT; AND RANDY SPILLMAN, <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES A. WHOBREY; GEORGE J. WESTLEY; MARVIN KROPP; ARTHUR BUNTE, JR.; GARY F. CALDWELL; RONALD DESTEFANO; GREG R. MAY; THOMAS NYHAN; and CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, <br><br> Defendants. | No. 1:16-cv-04631 <br><br> The Honorable Edmund E. Chang |

**DECLARATION OF DANIEL W. BOBIER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**

I, Daniel W. Bobier, declare as follows:

1. I am an attorney licensed to practice in the State of Illinois and admitted to practice before this Court.

2. I am an attorney at the law firm Jenner & Block, LLP, which represents Plaintiffs in the above-captioned action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts.

3. Attached as Exhibit A is a true and correct copy of the December 13, 2017, Securities Exchange Commission Form 8-K for The Kroger Co.

4. Attached as Exhibit B is a true and correct copy of the July 5, 2017, letter from the Kroger Co. and the International Brotherhood of Teamsters to Defendants.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 14, 2017.

/s/ Daniel W. Bobier
DANIEL W. BOBIER