#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DORIS CAMPBELL, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 1:16-cv-04631 |
| v. ) | |
| ) | |
| CHARLES A. WHOBREY, *et al.*, ) | The Honorable Edmond E. Chang |
| ) | |
| Defendants. ) | |
| ) | **ORAL ARGUMENT REQUESTED** |
| ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 20, 2019 at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendants shall appear before the Honorable Edmond E. Chang, or any judge sitting in his stead, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 2119, at 219 South Dearborn Street, Chicago, Illinois, and present **Defendants' Motion for Summary Judgment**, a copy of which is served upon you herewith.

DATED:  March 22, 2019                    Respectfully submitted,

/s/ *Bradley H. Weidenhammer*
James F. Hurst (ARDC # 6202190)
Kevin T. Van Wart, P.C. (ARDC # 6183921)
Bradley H. Weidenhammer (ARDC # 6284229)
Howard Kaplan (ARDC # 6306286)
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

-and-

James P. Condon (ARDC #03126986)
Robert A. Coco (ARDC #06194766)
John J. Franczyk, Jr. (ARDC #06224947)
9377 West Higgins Road
Rosemont, IL 60018

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I, Bradley H. Weidenhammer, an attorney, certify that on this 22nd day of March, 2019, I caused a copy of the foregoing to be served through the Court's ECF system, which will serve all counsel of record.

                                                        */s/ Bradley H. Weidenhammer*
                                                        Bradley H. Weidenhammer