IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DORIS CAMPBELL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:16-cv-04631 |
| v. | ) | |
| | ) | |
| CHARLES A. WHOBREY, *et al.*, | ) | The Honorable Edmond E. Chang |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF AMANDA AMERT IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF UNDISPUTED FACTS**

I, Amanda Amert, declare as follows:

1. I am an attorney at Jenner & Block LLP, counsel for Plaintiffs in the above-captioned case.

2. I submit this declaration in support of Plaintiffs' Motion for Summary Judgment and Statement of Undisputed Facts.

3. Attached as **Exhibit 1** is a true and correct copy of the full administrative record produced by Defendants in this case (DEF_CENTRALST_000001-000526), filed under seal.

4. Attached as **Exhibit 2** is a true and correct copy of section 1.04 of the Central States, Southeast and Southwest Areas Pension Plan document.

5. Attached as **Exhibit 3** is a true and correct copy of the letter dated November 4, 2016 from Defendant Thomas Nyhan to Ken Hoffman.

6. Attached as **Exhibit 4** is a true and correct copy of the Central States, Southeast and Southwest Areas Pension Plan's 2017 IRS Form 5500, Schedule of Expected Payments.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Dated:  April 19, 2019 /s/ Amanda S. Amert
Amanda S. Amert

JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Phone: (312) 222-9350
Facsimile: (312) 527-0484
aamert@jenner.com

*Attorney for Plaintiffs*

<u>CERTIFICATE OF SERVICE</u>

I certify that on April 19, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

<u>/s/ *Amanda S. Amert*</u>
Amanda S. Amert